**Dismissed and Opinion Filed August 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00005-CV

**LINDA LEWIS, Appellant**

**V.**

**SELECT MEDICAL CORPORATION, SELECT MEDICAL CORPORATION, SELECT MEDICAL CORPORATION CEO DAVID CHERNOW, EXECUTIVE CHAIRMAN ROBERT ORTENZIO, VICE CHAIRMAN ROCCO A. ORTENZIO, SELECT SPECIALTY HOSPITAL SOUTH DALLAS, DR. ADOLPHUS GIST, ASSOCIATE JUDGE SHERYL DAY MCFARLIN, AND SENIOR JUDGE MICHAEL J. O'NEILL, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10338**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated August 15, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. Although we cautioned her that failure to file the brief and extension motion would result in dismissal of the appeal, appellant has failed to comply. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180005F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LINDA LEWIS, Appellant

No. 05-18-00005-CV      V.

SELECT MEDICAL CORPORATION,
SELECT MEDICAL CORPORATION
CEO DAVID CHERNOW, EXECUTIVE
CHAIRMAN ROBERT ORTENZIO,
VICE CHAIRMAN ROCCO A.
ORTENZIO, SELECT SPECIALTY
HOSPITAL SOUTH DALLAS, DR.
ADOLPHUS GIST, ASSOCIATE JUDGE
SHERYL DAY MCFARLIN, AND
SENIOR JUDGE MICHAEL J. O'NEILL,
Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-10338.
Opinion delivered by Chief Justice Wright,
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** Select Medical Corporation, Select Medical Corporation CEO David Chernow, Executive Chairman Robert Ortenzio, Vice Chairman Rocco A. Ortenzio, Select Specialty Hospital South Dallas, Dr. Adolphus Gist, Associate Judge Sheryl Day McFarlin, and Senior Judge Michael J. O'Neill recover their costs, if any, of this appeal from appellant Linda Lewis.

Judgment entered this day of August 30, 2018.

–2–